IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:13cr65-MHT |
| | ) | (WO) |
| KEVIN JACKSON | ) | |

## ORDER

Upon consideration of the opinion of the United States Court of Appeals for the Eleventh Circuit entered on October 3, 2014 (doc. no. 54), affirming the judgment of conviction and sentence pronounced in this case as to defendant Kevin Jackson on November 14, 2013, and entered on November 22, 2013 (doc. no. 41), and the mandate of the United States Court of Appeals for the Eleventh Circuit issued on November 5, 2014, and received in the office of the clerk of this court on November 5, 2014 (doc. no. 55), it is the ORDER, JUDGMENT, and DECREE of the court that the judgment of conviction and sentence pronounced upon defendant Kevin Jackson on November 14, 2013, and entered on November

22, 2013 (doc. no. 41), is continued in full force and effect.

DONE, this the 6th day of January, 2015.

                                          /s/ Myron H. Thompson
                                          **UNITED STATES DISTRICT JUDGE**